IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DUSTIN YOUNGS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:15-cv-00202 |
| | § | |
| DOVE TRUCKING, INC. and | § | |
| RUSSELL LEIGH DESHON | § | |

## PLAINTIFF DUSTIN YOUNG'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, **DUSTIN YOUNGS**, dismisses with prejudice his claims against Defendants, **DOVE TRUCKING, INC. and RUSSELL LEIGH DESHON** and would show the Court the following:

I.

Plaintiff, **DUSTIN YOUNGS**, and Defendants, **DOVE TRUCKING, INC. and RUSSELL LEIGH DESHON** have entered into an agreement in which Plaintiff, **DUSTIN YOUNGS**, no longer wishes to pursue his claims and differences with Defendants, **DOVE TRUCKING, INC. and RUSSELL LEIGH DESHON**. Defendants should be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **DUSTIN YOUNGS**, respectfully requests the Court sign an Order dismissing his claims against Defendants, **DOVE TRUCKING, INC. and RUSSELL LEIGH DESHON** with prejudice and that all taxable costs of court associated with this case be paid by the party incurring the costs.

Respectfully submitted,

_____
Janie L. Jordan
FBN: 17407
MITHOFF LAW
One Allen Center
Penthouse Suite 3450
500 Dallas Street
Houston, Texas 77002
Telephone 9713) 654-1122
Facsimile: (713) 739-8085

-and-

Eugene W. (Chip) Bees
SBN: 02947500
WHITEHURST HARKNESS BREES CHENG
ALSAFFAR & HIGGINBOTHAM, PLLC
7500 Rialto Boulevard
Building 2, Suite 250
Austin, Texas 78735
Telephone: (512) 476-4346
Facsimile: (512) 476-4400

**ATTORNEYS FOR PLAINTIFF**