FILED
2016 JAN 20  AM 10: 29

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DUSTIN YOUNGS §
§
VS. § CIVIL ACTION NO. 1:15-cv-00202
§
DOVE TRUCKING, INC. and §
RUSSELL LEIGH DESHON §

## ORDER OF DISMISSAL

On the ___ day of January, 2016 Plaintiff, **DUSTIN YOUNGS'** Motion for Dismissal was considered. After due notice, the Court, after considering all pertinent records, is of the opinion that such motion should be granted. The Court finds that Plaintiff, **DUSTIN YOUNGS,** and Defendants, **DOVE TRUCKING, INC. and RUSSELL LEIGH DESHON** have settled their differences and that Plaintiff, **DUSTIN YOUNGS,** claims against Defendants, **DOVE TRUCKING, INC. and RUSSELL LEIGH DESHON** should be dismissed.

IT IS, THEREFORE, ORDERED that the claims of Plaintiff, **DUSTIN YOUNGS,** against Defendants, **DOVE TRUCKING, INC. and RUSSELL LEIGH DESHON** are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all taxable court costs associated with this case shall be paid by the party incurring the costs.

SIGNED on the ___ day of January, 2016

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

{03671762.DOC / }
NHSL #96745-78

APPROVED BY:

*(signature)*

Jamie L. Jordan
FBN: 17407
MITHOFF LAW
One Allen Center
Penthouse Suite 3450
500 Dallas Street
Houston, Texas 77002
Telephone 9713) 654-1122
Facsimile: (713) 739-8085

-and-

Eugene W. (Chip) Bees
SBN: 02947500
WHITEHURST HARKNESS BREES CHENG ALSAFFAR & HIGGINBOTHAM, PLLC
7500 Rialto Boulevard
Building 2, Suite 250
Austin, Texas 78735
Telephone: (512) 476-4346
Facsimile: (512) 476-4400

**ATTORNEYS FOR PLAINTIFF**

*(signature) w/p*

LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC.
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone:  (210) 731-6300
Telephone:  (210) 731-6350   (Direct Line)
Facsimile:   (210) 731-6499
**ATTORNEY FOR DEFENDANTS**

{03671762.DOC / }
NHSL #96745-78