IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JAN 20  AM 10: 29

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| DUSTIN YOUNGS, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:15-CV-202-LY |
| § | |
| DOVE TRUCKING, INC. AND RUSSEL § | |
| LEIGH DESHON, § | |
|     DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered an Order of Dismissal dismissing this cause with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**SIGNED** this _____ day of January, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE